IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANDREA FLEMING                                                                              PLAINTIFF

v.                                         CIVIL NO. 10-5253

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                              DEFENDANT

**O R D E R**

On this 18th day of September, 2012, the Court has before it for consideration Plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas, on August 16, 2012, the Court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards Plaintiff's attorney fees in the amount of $2,643.60, representing 2.20 attorney hours at hourly rates of $173.00 for work performed in 2010; 10.10 attorney hours at hourly rates of $174.00 for work performed in 2011; 1.90 attorney hours at hourly rates of $174.00 for work performed in 2012, and $50.00 for 3.50 (5.10-1.60) paralegal hours. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

      /s/ Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)